U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAR 19  PM 2: 52

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | |
|---|---|
| LIBERATION ECOSYSTEM, INC. D/B/A VERMONT RELEAF COLLECTIVE®, <br> Plaintiff, <br><br> v. <br><br> FORESTILLE FOUNDATION, INC, D/B/A CRAFTSBURY PUBLIC HOUSE, FORESTILLE COLLECTIVE L3C, SUNG-HEE CHUNG (A/K/A JANE SUNG-HEE CHUNG, J. SHUNG-HEE CHUNG, JANE S. CHUNG) AND WYLE D. SOLOMON <br> Defendants/Counterclaim-Plaintiffs <br><br> v. <br><br> LIBERATION ECOSYSTEM, INC. AND OLIVIA PEÑA <br> Counterclaim-Defendants. | Case No. 2:23-CV-713 |

### JOINT STIPULATION REGARDING MOTION TO JOIN

The Parties stipulate that the Motion to Join (Document 14) filed February 16, 2024 may be granted.

Dated at Burlington, Vermont this 26th day of February 2024.

                                            **FORESTILLE FOUNDATION, INC,**
                                            **D/B/A CRAFTSBURY PUBLIC HOUSE,**
                                            **FORESTILLE COLLECTIVE L3C,**
                                            **SUNG-HEE CHUNG,**
                                            **AND WYLE D. SOLOMON**

By:      */s/ Kevin A. Lumpkin*
            Kevin A. Lumpkin, Esq.
            Christina E. Nolan, Esq.
            SHEEHEY FURLONG & BEHM P.C.
            30 Main Street, 6th Floor
            P.O. Box 66
            Burlington, VT 05402-0066
            (802) 864-9891
            klumpkin@sheeheyvt.com
            cenolan@sheeheyvt.com

            **LIBERATION ECOSYSTEM, INC.**
            **AND OLIVIA PEÑA**

By:      */s/Stephen D. Ellis*
            Stephen D. Ellis, Esq.
            Carl "Ott" Lindstrom, Esq.
            Paul Frank + Collins P.C.
            One Church St
            Burlington, VT 05401
            802-860-4152
            sellis@pfclaw.com
            olindstrom@pfclaw.com

**APPROVED** and **SO ORDERED** this 19th day of March, 2024.

                                            Hon. Geoffrey W. Crawford
                                            Chief District Judge